| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| | CHRISTOPHER S. HALES |
| 3 | Special Assistant U.S. Attorney |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, California  95814 |
| | Telephone: (916) 554-2700 |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 3:12-mj-016 CMK |
| ) | |
| v. ) | ORDER |
| ) | FOR UNSEALING COMPLAINT |
| MARIO ALFONSO MADRIGAL-FELIX) | |
| SERGIO ALONSO MADRIGA-FELIX,) | |
| ) | |
| Defendants. ) | |
| _____) | |

The government's request to unseal the Complaint and this case is GRANTED. The redacted version of the complaint lodged with the Court by the government shall be unsealed and placed in the public record.

SO ORDERED:

DATED: July 27, 2012                    /s/  Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        HON. U.S. Magistrate Judge